1  John J. Nelson (SBN 317598)
2  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
3  401 W Broadway, Suite 1760
   San Diego, CA 92101
4  Tel.:    (858) 209-6941
   jnelson@milberg.com
5
6  *Attorney for Plaintiffs and the Putative Classes*

7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | AMANDA PERKINS individually and on behalf of all others similarly situated, | CASE NO. 3:22-CV-08578-SI |
11 |
12 |
13 |                    Plaintiffs,                  | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
14 |        -vs.-                                    |
15 | MINDVALLEY, LLC,                                | **Judge Susan Ilston**
   |                                                 | **Complaint filed March 24, 2023**
   |                    Defendants.                  | **Hearing: June 2, 2023**
16

1    Plaintiff Amanda Perkins ("Plaintiff"), by and through counsel, hereby provides notice to the Court that the parties have reached an agreement in principle to settle the litigated claims in this case as to the individual claims of Plaintiff.

Based on the foregoing, Plaintiff respectfully requests that all current deadlines be suspended for a period of 30 days pending the completion of settlement, up to and including June 5, 2023.

Respectfully submitted,

Dated: May 5, 2023

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

s/ *John J. Nelson*
John J. Nelson (SBN 317598)
401 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:    (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiffs and the Putative Classes*