| | |
|---|---|
| 1 | John J. Nelson (SBN 317598) |
| 2 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 3 | 401 W Broadway, Suite 1760 San Diego, CA 92101 |
| 4 | Tel.:   (858) 209-6941 |
| 5 | jnelson@milberg.com |
| 6 | *Attorney for Plaintiff* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA PERKINS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-vs.-<br><br>MINDVALLEY, LLC,<br><br>Defendants. | CASE NO. 3:22-CV-08578-SI<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**Judge Susan Ilston**<br>**Am. Complaint filed March 24, 2023** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the voluntary dismissal of Plaintiff Amanda Perkins's individual claims against Mindvalley, LLC, *with prejudice* and those of the proposed class *without prejudice*. Each party shall bear their own costs.

Respectfully submitted July 20, 2023.

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

s/ *John J. Nelson*
John J. Nelson (SBN 317598)
401 W Broadway, Suite 1760
San Diego, CA 92101

Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiff and the Putative Classes*

**FOLEY & LARDNER LLP**

s/ *John J. Atallah*
ERIK K. SWANHOLT, CA Bar No. 198042
eswanholt@foley.com
JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
555 SOUTH FLOWER STREET,
SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

*Attorneys for Defendant Mindvalley, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ John J. Nelson*
John J. Nelson, Esq.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, John J. Nelson, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on July 20, 2023, in San Diego, California.

s/ *John J. Nelson*
John J. Nelson, Esq.